JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TERESA ANN LEWIS, | ) Case No.: 2:23-cv-10610-JDE |
| | ) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT OF REMAND |
| | ) |
| MARTIN O'MALLEY, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Remand (Dkt. 21, "Stipulation to Remand") and entered an Order of Remand,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:   July 18, 2024

_____
JOHN D. EARLY
United States Magistrate Judge