UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TERESA ANN LEWIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:23-cv-10610-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

　　Based upon the parties' Stipulation (Dkt. 25), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $4,500.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: August 15, 2024

　　　　　　　　　　　　　　　　　　　　　／s／ John D. Early
　　　　　　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge